UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-06363-SK<br><br>**ORDER ON MOTION TO PROCEED ANONYMOUSLY**<br><br>Regarding Docket No. 6 |

　　　Now before the Court is Plaintiff's administrative motion to proceed under a pseudonym. "The normal presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010). Plaintiff must demonstrate that her need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

　　　The Court finds that Plaintiff has demonstrated that publicly disclosing her name or other identifying information could lead to harassment. Therefore, the Court GRANTS her administrative motion. The parties shall refer to Plaintiff by Pseudonym JANE DOE in all filings and public proceedings and shall redact Plaintiff's true full name and other personally identifying information from all filings consistent with Federal Rule of Civil Procedure 5.2. However, Plaintiff shall disclose her identity to Defendant.

　　　**IT IS SO ORDERED**.

Dated: August 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge